Patrick L. Deedon, State Bar No.: 245490
David J. King, State Bar No. 244587
**MAIRE & DEEDON**
2851 Park Marina Dr., #300
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
dking@maire-law.com

Attorney(s) for Defendants,
MOUNTAIN CIRCLE CORPORATION,
SHAUNA ROSSINGTON, individually and
SETH SHEPARD, individually

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MICHIELLE NOONBERG,<br>SANDRA JERSEY,<br>RACHEL MOORE,<br>JAMILYN PURVIS,<br>ANNA LAWSON,<br>JOSIE LITCHFIELD,<br><br>     Plaintiffs,<br><br>vs.<br><br>MOUNTAIN CIRCLE FAMILY<br>SERVICES, INC., a California corporation,<br>SHAUNA ROSSINGTON, individually,<br>SETH SHEPARD, individually, and<br>DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.:   2:18-cv-03255-KJM-DMC<br><br>**ORDER CONTINUING STATUS CONFERENCE AND EXTENSION TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

PAGE 1

[PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXTENSION TO FILE RESPONSIVE
PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Based upon a finding of good cause as set forth in the parties' stipulation,

**IT IS HEREBY ORDERED:**

That the Status Conference date of June 14, 2019, in Sacramento, CA, is hereby continued and the matter is reset for Status Conference on **July 10, 2019 at 10:00 a.m., before the undersigned in Redding, CA.**[1] Counsel located in Redding shall appear personally. Counsel located in Sacramento may appear by telephonic appearance arranged through CourtCall. Additionally, Defendants' responsive pleading shall be due on August 15, 2019.

Dated: June 10, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties had stipulated to a continuance to July 23, 2019. The court, however, is not available on that date.

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

[PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXTENSION TO FILE RESPONSIVE
PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT